**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

### *In Re: Boston Scientific Corp.*
### *Pelvic Repair System Products Liability Litigation*
### *MDL No. 2326*

**Civil Action No.** 2:13-cv-22435

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Linda Greer

2. Plaintiff Husband (if applicable):

   Michael Greer, Sr.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   Texas

5. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Southern District of Texas,

   Houston Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑    A.  Boston Scientific Corporation

Revised: 5/29/13

☐   B.  American Medical Systems, Inc. ("AMS")

☐   C.  Johnson & Johnson

☐   D.  Ethicon, Inc.

☐   E. Ethicon, LLC

☐   F.  C. R. Bard, Inc. ("Bard")

☐   G.  Sofradim Production SAS ("Sofradim")

☐   H.  Tissue Science Laboratories Limited ("TSL")

☐   I.  Mentor Worldwide LLC

☐   J.  Coloplast Corp.

7.  Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 4, 5 and 6

B. Other allegations of jurisdiction and venue:

N/A

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

☐ The Uphold Vaginal Support System;

☐ The Pinnacle Pelvic Floor Repair Kit;

☐ The Advantage Transvaginal Mid-Urethral Sling System;

☐ The Advantage Fit System;

☐ The Lynx Suprapubic Mid-Urethral Sling System;

☑ The Obtryx Transobturator Mid-Urethral Sling System;

☐ The Prefyx PPS System;

☐ The Solyx SIS System; and/or

☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

☐ The Uphold Vaginal Support System;

☐ The Pinnacle Pelvic Floor Repair Kit;

☐ The Advantage Transvaginal Mid-Urethral Sling System;

☐ The Advantage Fit System;

☐ The Lynx Suprapubic Mid-Urethral Sling System;

☑ The Obtryx Transobturator Mid-Urethral Sling System;

☐ The Prefyx PPS System;

☐ The Solyx SIS System; and/or

☐     Other

10. Date of Implantation as to Each Product:

April 6, 2011

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Regional Urology, Shreveport, Louisiana

12. Implanting Surgeon(s):

Christopher Stage, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

☑     Count I – Negligence

☑     Count II – Strict Liability – Design Defect

☑     Count III – Strict Liability – Manufacturing Defect

☑     Count IV – Strict Liability – Failure to Warn

☑     Count V - Breach of Express Warranty

☑     Count VI – Breach of Implied Warranty

☑     Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☐ Other Count _____If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

☐ Other Count _____If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

Bonnie E. Spencer
Attorneys for Plaintiff

Bonnie E. Spencer

Dawn R. Meade

Ashley M. Spencer

Address and bar information:

bonniespencer@spencer-law.com
SDTX Bar No. 7343
dawnmeade@spencer-law.com
SDTX Bar No. 15180
ashleyspencer@spencer-law.com
SDTX Bar No. 1348733
The Spencer Law Firm
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
(713) 961-7770 Telephone
(713) 961-5336 Facsimile